UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOSE ORTIZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOYA FOODS, INC., et al.,<br><br>Defendants. | Civil Action No. 19-19003 (SRC)<br><br>**ORDER** |

**CHESLER**, District Judge

This matter having come before the Court upon Plaintiff's letter request for clarification as to whether the Court will proceed with Defendants' motion for judgment on the pleadings, in light of Plaintiff's subsequently filed motion for leave to file an amended complaint [ECF 25]; and Defendants having submitted a responsive letter stating their position that the motion for leave to amend will not moot the motion for judgment on the pleadings [ECF 26]; and the Court construing Plaintiff's letter as a request to hold the motion for judgment on the pleadings in abeyance; and the Court having considered the parties' arguments regarding this matter; and the Court discerning no good cause for Plaintiff's request that briefing on the motion for judgment on the pleadings be suspended; therefore,

**IT IS** on this 3rd day of March, 2020,

**ORDERED** that Plaintiff's request to hold Defendants' motion for judgment on the pleadings in abeyance, pending decision on Plaintiff's motion for leave to file an amended complaint, is **DENIED**; and it is further

1

2

**ORDERED** that Plaintiff shall file his opposition to Defendants' motion for judgment on the pleadings, on or before **March 9, 2020**; and it is further

**ORDERED** Defendants shall file a reply in further support of their motion on or before **March 16, 2020**.

    s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge