Anthony L. Marchetti, Jr., Esq. (AM4302)
MARCHETTI LAW, P.C.
317 Delsea Drive
Sewell, NJ 08080
(856) 824-1001 fax: (856) 414-1806
amarchetti@marchettilawfirm.com

Ravi Sattiraju, Esq.
SATTIRAJU & THARNEY, LLP
50 Millstone Road
Building 300, Suite 202
East Windsor, NJ 08520
(609) 469-2110
rsattiraju@s-tlawfirm.com                                   **CLOSED**

Harold I. Lichten, Esq. (pro hac vice)
Benjamin Weber, Esq. (pro hac vice)
Anastasia Doherty, Esq. (pro hac vice)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St #2000
Boston, MA 02114
(617) 994-5800 fax: (617) 994-5801
hlichten@llrlaw.com, bjweber@llrlaw.com, adoherty@llrlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSE ORTIZ and SAUL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>GOYA FOODS, INC., et al<br><br>        Defendants. | C.A. NO. 2:19-cv-19003-SRC-CLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Pedro Urena and Defendants Goya Foods, Inc. and A.N.E, Service, Inc., by their respective attorneys, hereby stipulate to the dismissal of all of Plaintiff's claims against Defendants with prejudice, waiving all rights of appeal, with each party to bear its own costs and attorneys' fees.

Dated: April 28, 2023

Respectfully submitted,

/s/ *Anthony Marchetti* Anthony Marchetti

*Counsel for Plaintiffs*

*/s/Margaret Santen'*

 Margaret Santen

*Counsel for Defendants*

*SO ORDERED: 5/1/2023*
**s/Stanley R. Chesler, U. S. D. J.**